UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>v.<br><br>ALEX M. AZAR, et al.,<br><br>    Defendants. | Case No. 19-cv-02405-JCS<br><br>**ORDER GRANTING MOTION TO RELATE CASES**<br><br>Re: Dkt. No. 13 |

Pursuant to Civil Local Rule 3-12, the Court GRANTS California's Administrative Motion to Consider Whether Cases Should Be Related (Docket No. 13) and relates this case to the following cases:

- *State of California v. Azar, et al.*, Case No. 3:19-cv-02769 HSG
- *County of Santa Clara et al. v. U.S Dep't of Health and Human Svcs.*, *et al.*, Case No. 5:19-cv-2916 NC

Because one or more parties have declined to consent to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c), the Clerk is instructed to reassign all three cases to a randomly selected district court judge.

**IT IS SO ORDERED.**

Dated: June 13, 2019

JOSEPH C. SPERO
Chief Magistrate Judge