JOSEPH H. HUNT
Assistant Attorney General

JEAN LIN
Special Counsel
Civil Division

REBECCA M. KOPPLIN
(CA Bar # 313970)
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>ALEX M. AZAR II, *in his official capacity as Secretary of Health and Human Services*, ROGER SEVERINO, *in his official capacity as Director of the United States Department of Health and Human Services Office for Civil Rights*, and<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Case No. 3:19-cv-2405-WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO SET A SUMMARY JUDGMENT BRIEFING SCHEDULE AND TO HOLD PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION IN ABEYANCE OR, IN THE ALTERNATIVE, TO ENLARGE TIME TO FILE THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hon. William Alsup<br>Hearing: July 17, 2019, 8:00 a.m.<br><br>Phillip Burton Federal Building & United States Courthouse, Courtroom 12, 19th Floor,<br>450 Golden Gate Ave., San Francisco, CA 94102 |

Defendants Alex M. Azar II, in his official capacity as Secretary of Health and Human Services, and the Department of Health and Human Services (HHS) respectfully file this administrative motion to vacate the current briefing and hearing schedule for Plaintiff City and County of San Francisco's motion for a preliminary injunction, hold that motion in abeyance, and set a briefing schedule for (cross) motion(s) for summary judgment. In the alternative, Defendants respectfully seek to enlarge time to respond to Plaintiff's motion for a preliminary injunction. At present, Defendants' opposition to Plaintiff's motion for a preliminary injunction is due June 26, 2019, Plaintiff's reply is due on July 3, 2019, and a hearing on Plaintiff's motion is set for July 17, 2019 at 8:00 a.m.

Defendants' request is warranted for several reasons. First, undersigned counsel is authorized to represent to this Court that HHS will delay enforcement of the HHS rule challenged in this case, Protecting Statutory Conscience Rights in Health Care; Delegations of Authority, 84 Fed. Reg. 23,170 (May 21, 2018) [hereinafter Final Rule], until **November 22, 2019**—four months after its July 22, 2019 effective date. Thus, the initial alleged emergency that prompted Plaintiff's preliminary injunction motion no longer exists. Instead, there is now sufficient time to permit the Court's resolution on the merits of Plaintiff's purely legal challenge to the Final Rule, before any of Plaintiff's allegedly irreparable harms could plausibly come to pass. Proceeding to summary judgment briefing would also conserve the resources of the Court and the parties by avoiding the duplication of resolving a motion for preliminary injunction and then, regardless of that result, a later motion for summary judgment.

Accordingly, Defendants respectfully request that the Court hold Plaintiff's motion for a preliminary injunction in abeyance and set the following briefing schedule for (cross) motion(s) for summary judgment, which would provide sufficient time for Defendants to prepare the Administrative Record, for Plaintiff to review the Record (more than two months), for the parties to thoroughly brief the merits, and for the Court to resolve this case on the merits before November 22, 2019:

- July 22, 2019: HHS lodges the administrative record.
- September 5, 2019: Defendants file their motion for summary judgment.
- September 27, 2019: Plaintiff files its opposition to Defendants' motion for summary judgment (and cross-motion for summary judgment, if any).
- October 11, 2019: Defendants file their reply (and opposition, if any).

**Defs.' Admin. Mot. Br. Schedule,** *City & Cty. of San Francisco v. Azar*, **No. 19-2405**

- October 25, 2019: Plaintiff files its reply in support of its motion for summary judgment, if any.

If the Court is not inclined to adopt Defendants' proposed summary judgment briefing schedule, Defendants respectfully request, in the alternative, for an expansion of time, until July 31, 2019, to respond to Plaintiff's motion for preliminary injunction. Again, in light of HHS's commitment not to enforce the Final Rule until November 22, 2019 at the earliest, Plaintiff will not be harmed by the expansion of time. Counsel for Defendants require more time to respond because they have expended a significant amount of time in the past several weeks consulting both within the government concerning the delay in enforcement and with Plaintiff as to the best course forward. A small team of government attorneys, each of whom is also assigned to other matters in active litigation, are handling the multiple cases in various jurisdictions challenging the Final Rule. Defendants' proposed opposition deadline would allow sufficient time to resolve Plaintiff's motion for a preliminary injunction well before November 22, 2019. The longer briefing schedule would also permit Defendants to more thoroughly respond to Plaintiff's claims, including through a motion for summary judgment, which Defendants may file alongside their opposition to Plaintiff's motion for a preliminary injunction.

Counsel for Defendants have conferred with counsel for Plaintiff concerning a substantially similar request to the above requested relief, to which Plaintiff indicated that it does not consent.

Dated: June 25, 2019

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

JEAN LIN
Special Counsel
Civil Division

/s/ *Benjamin T. Takemoto*
REBECCA M. KOPPLIN
(CA Bar # 313970)
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044

**Defs.' Admin. Mot. Br. Schedule,** *City & Cty. of San Francisco v. Azar*, **No. 19-2405**
3

Case 3:19-cv-02405-WHA   Document 50   Filed 06/25/19   Page 4 of 4

Tel: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

**Defs.' Admin. Mot. Br. Schedule,** *City & Cty. of San Francisco v. Azar*, **No. 19-2405**
4