JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director
Civil Division

REBECCA M. KOPPLIN
(CA Bar # 313970)
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX M. AZAR II, et al.,<br><br>Defendants.<br><br>STATE OF CALIFORNIA, by and through ATTORNEY GENERAL XAVIER BECERRA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX M. AZAR II, et al.,<br><br>Defendants.<br><br>COUNTY OF SANTA CLARA et al,,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | No. C 19-02405 WHA<br>*Related to*<br>No. C 19-02769 WHA<br>No. C 19-02916 WHA<br><br>**STIPULATED REQUEST FOR AN ORDER TO POSTPONE RULE'S EFFECTIVE DATE; HOLD PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION IN ABEYANCE; AND SET SUMMARY JUDGMENT BRIEFING SCHEDULE [5 U.S.C. § 705]**<br><br>Hon. William Alsup<br>Hearing: July 17, 2019, 8:00 a.m.<br><br>Phillip Burton Federal Building & United States Courthouse, Courtroom 12, 19th Floor,<br>450 Golden Gate Ave., San Francisco, CA 94102 |

**Stipulation, Case Nos. 3:19-cv-02405-WHA; 3:19-cv-2916-WHA; 5:19-02916-WHA**

Subject to the Court's approval and pursuant to Local Civil Rules 6-2 and 7-12, the parties through their undersigned counsel of record HEREBY STIPULATE as follows:

1. At present, Defendants' opposition to Plaintiffs' motions for a preliminary injunction is due on July 1, 2019, Plaintiffs' reply is due on July 8, 2019, and a hearing is scheduled on July 17, 2019.

2. The U.S. Department of Health and Human Services (HHS) stipulates to the requested postponement of the effective date of the rule titled Protecting Statutory Conscience Rights in Health Care; Delegations of Authority, 84 Fed. Reg. 23,170 (May 21, 2019) [hereinafter Final Rule], until November 22, 2019. HHS stipulates to this delay because it is the most efficient way to adjudicate the Final Rule on the merits. HHS does not concede that Plaintiffs are "likely to succeed on the merits, that [they are] likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in [their] favor, [or] that an injunction is in the public interest." *See Winter v. NRDC*, 555 U.S. 7, 20 (2008).

3. Plaintiffs maintain that—for the reasons expressed in their motions for a preliminary injunction and their opposition to Defendants' motion to hold their motions for preliminary injunction in abeyance—they would suffer various irreparable injuries were the Rule's effective date not postponed.

4. The parties request that the Court issue an order, pursuant to 5 U.S.C. § 705, that the effective date of the Final Rule is postponed until November 22, 2019.

5. The parties further request, in light of this postponement, that the Court hold Plaintiffs' motions for a preliminary injunction in abeyance, vacate the preliminary injunction briefing schedule and hearing date set forth in its June 27, 2019 order, and enter the following schedule:

   a. July 22, 2019: HHS lodges the administrative record.
   b. September 5, 2019: Defendants file their motion for summary judgment.
   c. September 27, 2019: Plaintiffs file their opposition and cross-motion for summary judgment.
   d. October 11, 2019: Defendants file their reply and opposition.
   e. October 25, 2019: Plaintiffs file their reply.

f. November 7, 2019 (or another date that is convenient for the Court and that will permit a decision before November 22, 2019): The Court holds a hearing on the cross-motions.

Dated: June 28, 2019

DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation

By: */s/ Sara J. Eisenberg*
SARA J. EISENBERG, State Bar #269303
JAIME M. HULING DELAYE, State Bar #270784
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4633
Facsimile:      (415) 554-4715
E-Mail:          sara.eisenberg@sfcityatty.org

*Attorneys for Plaintiff*
*City and County of San Francisco*

XAVIER BECERRA
Attorney General of California
MICHAEL NEWMAN
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General

By: */s/ Neli N. Palma*
NELI PALMA (SBN 203374)
KARLI EISENBERG (SBN 281923)
STEPHANIE YU (SBN 294405)
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244-2550
Tel:  (916) 445-2482
Fax:  (916) 322-8288
Email:  Neli.Parma@doj.ca.gov

*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director
Civil Division

/s/ *Benjamin T. Takemoto*
REBECCA M. KOPPLIN
(CA Bar # 313970)
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

By: */s/ Mary E. Hanna-Weir*
JAMES R. WILLIAMS,(SBN 271253)
GRETA S. HANSEN (SBN 251471)
LAURA S. TRICE (SBN 284837)
MARY E. HANNA-WEIR (SBN 320011)
SUSAN P. GREENBERG (SBN 318055)
H. LUKE EDWARDS (SBN 313756)
*mary.hanna-weir@cco.sccgov.org*
OFFICE OF THE COUNTY COUNSEL,
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, California 95110-1770
Tel: (408) 299-5900

*Counsel for Santa Clara County*

By: */s/ Lee H. Rubin*
LEE H. RUBIN (SBN 141331)
*lrubin@mayerbrown.com*
MAYER BROWN LLP

**Stipulation, Case Nos. 3:19-cv-02405-WHA; 3:19-cv-2916-WHA; 5:19-02916-WHA**
3

| | |
|---|---|
| By: */s/ Richard B. Katskee*<br>RICHARD B. KATSKEE\*<br>*katskee@au.org*<br>KENNETH D. UPTON, JR.\*\*<br>*upton@au.org*<br>AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE<br>1310 L Street NW, Suite 200<br>Washington, DC 20005<br>Tel: (202) 466-3234<br><br>By: */s/ Genevieve Scott*<br>GENEVIEVE SCOTT\*<br>*gscott@reprorights.org*<br>RABIA MUQADDAM\*<br>*rmuqaddam@reprorights.org*<br>CHRISTINE PARKER\*<br>*cparker@reprorights.org*<br>CENTER FOR REPRODUCTIVE RIGHTS<br>199 Water Street, 22nd Floor<br>New York, NY 10038<br>Tel: (917) 637-3605<br><br>By: */s/ Jamie A. Gliksberg*<br>JAMIE A. GLIKSBERG\*<br>*jgliksberg@lambdalegal.org*<br>CAMILLA B. TAYLOR\*<br>*ctaylor@lambdalegal.org*<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>105 West Adams, 26th Floor<br>Chicago, IL 60603-6208<br>Tel: (312) 663-4413<br><br>OMAR GONZALEZ-PAGAN\*<br>*ogonzalez-pagan@lambdalegal.org*<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, NY 10005-3919<br>Tel: (212) 809-8585<br><br>PUNEET CHEEMA\*<br>*pcheema@lambdalegal.org*<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>1776 K Street, NW 8th Floor<br>Washington, DC 20006<br>Tel: (202) 804-6245, ext. 596<br><br>*Counsel for Plaintiffs in Case No. 5:19-cv-2916 Other Than County of Santa Clara* | Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, California 94306-2112<br>Tel: (650) 331-2000<br><br>MIRIAM R. NEMETZ\*<br>*mnemetz@mayerbrown.com*<br>NICOLE SAHARSKY\*<br>*nsaharsky@mayerbrown.com*<br>ANDREW TAUBER\*\*\*<br>*atauber@mayerbrown.com*<br>MAYER BROWN LLP<br>1999 K Street, Northwest<br>Washington, DC 2006-1101<br>Tel: (202) 263-3000<br><br>*Counsel for All Plaintiffs in Case No. 5:19-cv-2916*<br><br>\* Admitted pro hac vice<br>\*\* Licensed in Oklahoma and Texas only. Supervised by Richard B. Katskee, a member of the D.C. Bar. To be admitted pro hac vice<br>\*\*\*Application for admission pro hac vice in process. |

**Stipulation, Case Nos. 3:19-cv-02405-WHA; 3:19-cv-2916-WHA; 5:19-02916-WHA**

4

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Pursuant to 5 U.S.C. § 705, the effective date of the Final Rule is postponed until November 22, 2019. Plaintiffs' motions for a preliminary injunction are held in abeyance, the preliminary injunction briefing schedule and hearing date set forth in the Court's June 27, 2019 order is vacated, and the schedule set forth in the above stipulation is entered. This order is without prejudice to the merits, which will be adjudicated following briefing on the parties' cross-motions for summary judgment.

Dated: _____          _____
                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE

**RULE 5-1(i)(3) ATTESTATION**

I, Benjamin T. Takemoto, attest pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California that I have obtained the concurrence in the filing of the above joint case management statement from Sara J. Eisenberg, counsel for the City and County of San Francisco, Neli N. Palma, counsel for the State of California, and Miriam R. Nemetz, counsel for the plaintiffs in *County of Santa Clara v. HHS*.

/s/ *Benjamin T. Takemoto*
Benjamin T. Takemoto