**United States District Court**
For the Northern District of California

1
2
3
4                        IN THE UNITED STATES DISTRICT COURT
5
6                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    CITY AND COUNTY OF SAN                          No. C 19-02405 WHA
     FRANCISCO,
9
                  Plaintiff,
10
11        v.
                                                     **ORDER RE MOTION FOR
12   ALEX M. AZAR II, Secretary of U.S.              LEAVE TO FILE AMICUS BRIEF**
     Department of Health and Human Services;
13   ROGER SERVERINO, Director, Office for
     Civil Rights, Department of Health and
14   Human Services; U.S. DEPARTMENT OF
     HEALTH AND HUMAN SERVICES; and
15   DOES 1-25,

16                Defendants.
                                            /
17
18        The Court is in receipt of plaintiff's motion for leave to file amicus brief (Dkt. No. 59).

19   If and when plaintiff's motion for preliminary injunction is reactivated, plaintiff's may seek to

20   file the amicus brief.  Motion **DENIED** as moot.

21
22        **IT IS SO ORDERED.**
23
24   Dated:   July 1, 2019.

25                                          _____
                                            WILLIAM ALSUP
26                                          UNITED STATES DISTRICT JUDGE
27
28