Jay Alan Sekulow, N.D. Cal. No. 496335
American Center for Law and Justice
201 Maryland Avenue
Washington, D.C. 20002
Tel:   202-546-8890
Fax:   202-546-9309
sekulow@aclj.org
*Counsel for Amicus Curiae, The American Center for Law & Justice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY AND COUNTY OF SAN FRANCISCO**, <br> Plaintiff, <br><br> v. <br><br> **ALEX AZAR II, et al.** <br> Defendants. <br><br> **STATE OF CALIFORNIA**, *by and through* **ATTORNEY GENERAL XAVIER BECERRA,** <br> Plaintiff, <br><br> v. <br><br> **ALEX AZAR II,** *et al.* <br> Defendants. <br><br> **COUNTY OF SANTA CLARA** *et al.,* <br> Plaintiffs, <br><br> v. <br><br> **ALEX AZAR II,** *et al.* <br> Defendants. | No. C 19-02405-WHA <br> *Related to* <br> No. C 19-02769-WHA <br> No. C 19-02916-WHA <br><br> **[PROPOSED] ORDER GRANTING MOTION BY AMERICAN CENTER FOR LAW & JUSTICE MOTION FOR LEAVE TO FILE PROPOSED *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: October 30, 2019 <br> Time: 8:00 a.m. <br> Courtroom: Phillip Burton Federal Building & United States Courthouse, Courtroom 12, 19th Floor <br> Judge: Hon. William Alsup |

On August 20, 2019, the American Center for Law & Justice filed a Motion for Leave to File an *Amicus Curiae* Brief in Support of Defendants' Motion for Summary Judgment. Having considered the papers and pleadings on file, the Court GRANTS the Motion and ORDERS that the *amicus curiae* brief submitted by the American Center for Law & Justice be filed.

**IT IS SO ORDERED**

Dated: __August 21, 2019__, 2019

_____
HONORABLE WILLIAM ALSUP
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA