IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEX M. AZAR II, Secretary of U.S. Department of Health and Human Services; ROGER SERVERINO, Director, Office for Civil Rights, Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and DOES 1-25,<br><br>  Defendants. | No. C 19-02405 WHA<br>*Related to*<br>No. C 19-02769 WHA<br>No. C 19-02916 WHA<br><br><br>**ORDER RE BRIEFING** |

All counsel in all three of the above cases shall meet and confer to devise a plan for the plaintiffs to file a single consolidated brief in opposition to all three cases. The government shall file thereafter a single consolidated reply covering all three cases. If there are going to be cross motions then counsel shall further agree regarding a plan for consolidated briefs for those motions. This will make it much easier on the district judge, the parties, the judges on appeal, and the public. The parties shall please file their proposal with the Court by **AUGUST 30 AT NOON**. The due dates for the briefs shall remain as set forth in the order dated July 1 (Dkt. No. 66). The proposal may adjust the page limits to reflect the consolidation but only to a narrow extent. For now, it is unnecessary to cross file the already-filed motion and briefs in the three cases.

Dated:  August 21, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE