EMILY P. RICH, Bar No. 168735
KERIANNE R. STEELE, Bar No. 250897
XOCHITL A. LOPEZ, Bar No. 284909
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: erich@unioncounsel.net
ksteele@unioncounsel.net
xlopez@unioncounsel.net

Attorneys for Amicus Curiae SEIU Local 1021

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>ALEX M. AZAR II, Secretary of U.S. Department of Health and Human Services; ROGER SEVERINO, Director, Office for Civil Rights, Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and DOES 1-25,<br><br>Defendants. | No. 3:19-cv-2405-WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 30, 2019<br>Time: 8:00 a.m.<br>Crtrm: 12, 19th Floor<br>Judge: Hon. William H. Alsup |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
Case No. 3:19-cv-2405-WHA

This matter having come before the Court by motion of proposed *amicus curiae* Service Employees International Union, Local 1021 ("SEIU Local 1021"), seeking leave to file an *amicus curiae* brief in the above-captioned matter. The Court having reviewed the file and the pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow amicus participation.

IT IS HEREY ORDERED:

The Motion to File an *Amicus Curiae* Brief in Support of Plaintiff's Motion for Summary Judgment is GRANTED.

This __19th__ day of __September__, 2019.

_____
The Honorable William ~~H.~~ Alsup
UNITED STATES DISTRICT JUDGE

147716\1045216

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
Case No. 3:19-cv-2405-WHA