**United States District Court**
For the Northern District of California

1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5
6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

8   CITY AND COUNTY OF SAN                    No. C 19-02405 WHA
9   FRANCISCO,                                *Related to*
                                              No. C 19-02769 WHA
10              Plaintiff,                     No. C 19-02916 WHA

11      v.

12  ALEX M. AZAR II, Secretary of U.S.
    Department of Health and Human Services;   **NOTICE RE ORAL ARGUMENT**
13  ROGER SERVERINO, Director, Office for
    Civil Rights, Department of Health and
14  Human Services; U.S. DEPARTMENT OF
    HEALTH AND HUMAN SERVICES; and
15  DOES 1-25,

16              Defendants.

17  _____/

18          Counsel shall bring hard copy handouts of all relevant statutory amendments to the

19  hearing on October 30.  Counsel shall also be prepared to explain the extent to which any federal

20  agency has previously promulgated a rule that interpreted separate statutes by combining them

21  into a single scheme.

22

23  Dated: October 29, 2019.

24                                            _____
                                              WILLIAM ALSUP
25                                            UNITED STATES DISTRICT JUDGE

26
27
28