DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
SARA J. EISENBERG, State Bar #269303
Chief of Strategic Advocacy
JAIME M. HULING DELAYE, State Bar #270784
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4633
Facsimile:     (415) 554-4715
E-Mail:        sara.eisenberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALEX M. AZAR II, Secretary of U.S. Department of Health and Human Services; ROGER SEVERINO, Director, Office for Civil Rights, Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and DOES 1-25,<br><br>    Defendants. | Case No. 3:19-cv-2405-WHA<br><br>[PROPOSED] FINAL JUDGMENT |

# [PROPOSED] FINAL JUDGMENT

For the reasons detailed in the Court's November 19, 2019, Order, (ECF No. 147), the Court enters the following dispositions:

Plaintiff City and County of San Francisco's Motion for Summary Judgment (*see* ECF No. 116; *State of California v. Azar et al.*, No. 3:19-cv-02769 (N.D. Cal.), ECF No. 113) is **GRANTED** as to Count I.  In all other respects, plaintiff's motion is moot.  Judgment is **HEREBY ENTERED** in favor of plaintiff, and the challenged rule is set aside and shall be unenforceable.  Plaintiff's remaining claims are dismissed as moot.

Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment (ECF No. 89) is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 8, 2020.

HON. WILLIAM ALSUP
United States District Judge