1  JOSEPH H. HUNT
   Assistant Attorney General
2
   MICHELLE BENNETT
3  Assistant Branch Director
   Civil Division
4
   VINITA ANDRAPALLIYAL
5  REBECCA M. KOPPLIN
   (CA Bar # 313970)
6  BENJAMIN T. TAKEMOTO
   (CA Bar # 308075)
7  Trial Attorneys
   United States Department of Justice
8  Civil Division, Federal Programs Branch
   Ben Franklin Station, P.O. Box 883
9  Washington, DC 20044
   Tel: (202) 532-4252
10 Fax: (202) 616-8460
   E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff, <br><br> v. <br><br> ALEX M. AZAR II, *in his official capacity as Secretary of Health and Human Services*, ROGER SEVERINO, *in his official capacity as Director of the United States Department of Health and Human Services Office for Civil Rights*, and <br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | No. 19-cv-2405-WHA <br><br> **DEFENDANTS' NOTICE OF APPEAL** <br><br> Hon. William Alsup <br> Phillip Burton Federal Building & United States Courthouse, Courtroom 12, 19th Fl., 450 Golden Gate Ave., San Francisco, CA 94102 |

**Defs.' Notice Appeal,** *City & Cty. of San Francisco v. Azar*, **No. 19-cv-2405-WHA**

| | |
|---|---|
| 1 | Notice is hereby given that Alex M. Azar II, in his official capacity as Secretary of Health and |
| 2 | Human Services, Roger Severino, in his official capacity as Director of the United States Department of |
| 3 | Health and Human Services Office for Civil Rights, and the United States Department of Health and |
| 4 | Human Services, defendants in the above named case, hereby appeal to the United States Court of Appeals |
| 5 | for the Ninth Circuit from the final judgment entered in this action on the day of January 8, 2020. |

Dated: March 6, 2020

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director
Civil Division

*Benjamin Takemoto*
VINITA ANDRAPALLIYAL
REBECCA M. KOPPLIN
(CA Bar # 313970)
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box 883
Washington, DC 20044
Tel: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*