UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 1 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

CITY AND COUNTY OF SAN FRANCISCO,

        Plaintiff-Appellee,

  v.

ALEX M. AZAR II, Secretary of U.S. Department of Health and Human Services; et al.,

        Defendants-Appellants.

No.    20-15398

D.C. No. 3:19-cv-02405-WHA
Northern District of California,
San Francisco

ORDER

---

COUNTY OF SANTA CLARA; et al.,

        Plaintiffs-Appellees,

  v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services,

        Defendants-Appellants.

No.    20-15399

D.C. No. 3:19-cv-02916-WHA

---

STATE OF WASHINGTON,

        Plaintiff-Appellee,

  v.

ALEX M. AZAR II; U.S. DEPARTMENT

No.    20-35044

D.C. No. 2:19-cv-00183-SAB

---

KWH19-/MOATT

OF HEALTH AND HUMAN SERVICES,

Defendants-Appellants.

Before:  SILVERMAN, CALLAHAN, and NGUYEN, Circuit Judges.

Appellee Trust Women Seattle's motion to dismiss it from this appeal (Docket Entry No. 25 in No. 20-15399) is granted.  Trust Women Seattle's cessation of business activities moots its claims brought in this action.